# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

SHERRI L. SPILLERS,

,                                                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.

Case  No. 6:15 CV 490-TC

O R D E R

Magistrate Judge Coffin filed his Findings and Recommendation on February 16, 2016.  The matter is now before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982).  See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

Dated this __/ /__ day of March, 2016.

_____

Ann Aiken, United States District Judge

Order -- Page 1