UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


SHERRI L. SPILLERS,

                    Plaintiff,

            v.                                        Civil No.6:15-cv-00490-JR

CAROLYN W. COLVIN, Commissioner
of Social Security,
                    Defendant.

---

# JUDGMENT

Pursuant to the ORDER signed on March 11, 2016, this action is reversed and remanded for further proceedings consistent with that ORDER.

Dated this 16th day of March 2016.

_____

Ann Aiken
United States District Judge


**JUDGMENT**